IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN,<br><br>                Plaintiff,<br><br>v.<br><br>FLOOR AND DECOR OUTLETS OF AMERICA, INC.,<br><br>                Defendant. | Case No.: 1:23-cv-06831 |

## NOTICE OF SETTLEMENT

The parties give notice they have reached an agreement in principle to settle this matter and respectfully request the Court stay all deadlines. The parties are working diligently to prepare and finalize a settlement agreement and issue settlement payments, and anticipate being in a position to file a stipulation of dismissal within 30 days, on or before January 19, 2024.

| | |
|---|---|
| Dated: December 20, 2023 | Respectfully submitted, |
| HOWARD COHAN | FLOOR AND DECOR OUTLETS OF AMERICA, INC. |
| By: */s/ Robert M. Kaplan*<br>    Robert M. Kaplan | By: */s/ Jade Yee*<br>    Jade Yee |
| Robert M. Kaplan<br>ROBERT M. KAPLAN, P.C.<br>1535 W Schaumburg Road, 204<br>Schaumburg, IL 60194<br>(847) 895-9151<br>rmkap@robertkaplanlaw.com | Jade Yee<br>MORGAN LEWIS & BOCKIUS, LLP<br>110 North Wacker Drive<br>Chicago, IL 60606<br>(312) 324-1000<br>jade.yee@morganlewis.com |
| *Counsel for Howard Cohan* | *Counsel for Floor And Decor Outlets Of America, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on December 20, 2023, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on all counsel of record.

<u>/s/ Jade Yee</u>